IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15CR00098-001D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)       ORDER<br>)<br>RYAN ROBERT AUGHENBAUGH, )<br>)<br>Defendant. ) | |

UPON MOTION by the United States for an order authorizing payment from an Inmate trust account:

IT IS ORDERED that the Bureau of Prisons turn over to the Clerk of the United States District Court for the Eastern District of North Carolina all funds except $200.00, up to the amount of outstanding criminal monetary penalties ($20,529.08), held in Ryan Robert Aughenbaugh's (register #32501-057) inmate trust account as payment for the criminal monetary penalties imposed in this case. Funds should be sent to:

U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

The Clerk of Court shall accept and apply these funds as payment towards the criminal monetary penalties owed by the defendant.

SO ORDERED, this 14 day of January, 2021.

_____
JAMES C. DEVER, III
United States District Judge